No. 99–6625. IN RE NATHAN; and

No. 99–6678. IN RE JOHNSON. Petitions for writs of habeas corpus denied.

No. 99–6161. IN RE AWOFOLU;

No. 99–6180. IN RE AWOFOLU;

No. 99–6200. IN RE ANDERSON; and

No. 99–6225. IN RE IOANE. Petitions for writs of mandamus denied.

No. 99–62. SANTA FE INDEPENDENT SCHOOL DISTRICT v. DOE, INDIVIDUALLY AND AS NEXT FRIEND FOR HER MINOR CHILDREN, ET AL. C. A. 5th Cir. Motion of Rutherford Institute for leave to file a brief as *amicus curiae* granted. Certiorari granted limited to the following question: "Whether petitioner's policy permitting student-led, student-initiated prayer at football games violates the Establishment Clause?"

No. 99–244. MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST, INC. v. UNITED STATES; and

No. 99–253. MARATHON OIL CO. v. UNITED STATES. C. A. Fed. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 177 F. 3d 1331.

No. 99–5739. JONES v. UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Whether, in light of *United States* v. *Lopez,* 514 U. S. 549 (1995), and the interpretive rule that constitutionally doubtful constructions should be avoided, see *Edward J. DeBartolo Corp.* v. *Florida Gulf Coast Building & Constr. Trades Council,* 485 U. S. 568, 575 (1988), 18 U. S. C. § 844(i) applies to the arson of a private residence; and if so, whether its application to the private residence in the present case is constitutional?"